Submitted February 24, affirmed April 20, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID L. KUTNYAK,
*Defendant-Appellant.*

Multnomah County Circuit Court
090342391; A143308

255 P3d 623

Peter Gartlan, Chief Defender, and Ryan T. O'Connor, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Rosenblum, Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. Tryon,* 242 Or App 51, 255 P3d 498 (2011).